# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS



| | | |
|---|---|---|
| In Re: | Courtney Slenk | Case No.: 16–32932 |
| | Debtor | |
| | | Chapter: 13 |

ENTERED
08/16/2016

## ORDER OF DISMISSAL

Appropriate notice having been given that the case would be dismissed without further notice if the debtor failed to comply with the Deficiency Order issued in this case, and

The Clerk having informed the court that the debtor has failed to satisfy the deficiency, as set out in the docket entry for this order

**It is ORDERED that this case is DISMISSED.**

Signed and Entered on Docket: 8/16/16

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE